**Russell Sauvage et al., Appellees, v. Virginia S. Gallaway et al., Appellants.**

Term No. 4604.

opinion filed February 8, 1947; released for publication March 6, 1947. C. C. Ellison, for appellants; J. J. Middleton, of counsel; Verlie, Eastman & Schlafly and Emerson Baetz for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.